THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donnie Allen Dooley       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-025
Submitted November 19, 2003  Filed 
 January 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Tara S. Taggart, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Donnie Allen Dooley was indicted 
 of and subsequently pled guilty to three counts of 1st degree criminal 
 sexual conduct.  Dooleys appellate counsel submitted a petition to be relieved 
 as counsel, stating he has reviewed the record and has concluded Dooleys appeal 
 is without merit.  Dooley did not file a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Dooleys appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
STILWELL, BEATTY, and CURETON, JJ., 
 concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.